## (February 10, 1975)

■ GEORGE J. ASPLAND, as District Attorney of the County of Suffolk, Appellant, v. OVERSTOCK BOOK COMPANY, INC., et al., Respondents.— Order

of the Supreme Court, Suffolk County, dated July 1, 1974, affirmed, without costs (cf. *Redlich* v. *Capri Cinema*, 33 N Y 2d 974). Gulotta, P. J., Martuscello, Latham and Shapiro, JJ., concur.